No. 351.   DOWNERS GROVE SANITARY DISTRICT *v.* BUNGE ET AL.   October 15, 1934.   Petition for writ of certiorari to the Supreme Court of Illinois denied.   *Mr. Daniel S. Wentworth* for petitioner.   *Mr. Ralph C. Putnam* for respondents.

No. 352.   ALFRED HOFMANN, INC. *v.* TEXTILE MACHINE WORKS.   October 15, 1934.   Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied.   *Messrs. Samuel E. Darby, Jr.,* and *Walter A. Darby* for petitioner.   *Mr. Hubert Howson* for respondent.

No. 353.   WOODS *v.* REGAIN, INC.   October 15, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied.   *Mr. Joseph Fischer* for petitioner.   *Mr. Joseph Glass* for respondent.

No. 354.   ADA V. PEABODY *v.* MARLBORO IMPLEMENT Co.; and

No. 355.   JOHN T. W. PEABODY *v.* SAME.   October 15, 1934.   Petition for writs of certiorari to the United States Court of Appeals for the District of Columbia denied. *Messrs. Leonard J. Ganse* and *Louis M. Denit* for petitioners.   *Mr. Edwin A. Swingle* for respondent.

No. 356.   VINTON PETROLEUM CO. *v.* COMMISSIONER OF INTERNAL REVENUE.   October 15, 1934.   Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied.   *Mr. W. A. Bolinger* for petitioner. *Solicitor General Biggs, Assistant Attorney General Wide-*